IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON
DIVISION

| | |
|---|---|
| **IN RE:** § | |
| **Donald Arnette Smith Jr** § | **CASE NO.: 16-31486** |
| **Tiffonda Yvonne Smith** § | **CHAPTER 13** |
| **Debtors** § | |

### DEBTOR'S CERTIFICATION, MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE AND PROPOSED DISCHARGE ORDER

**THIS MOTION SEEKS AN ORDER DISCHARGING THE DEBTORS PURSUANT TO § 1328(a) OF THE BANKRUPTCY CODE. IF YOU OPPOSE THE MOTION, YOU MUST FILE AN OBJECTION WITHIN 21 DAYS OF THE DATE LISTED BELOW IN THE CERTIFICATE OF SERVICE. YOUR OBJECTION MUST SET FORTH THE SPECIFIC FACTUAL ALLEGATIONS WITH WHICH YOU DISAGREE. IF NO TIMELY OBJECTION IS FILED, THE COURT MAY GRANT THE RELIEF.**

The Debtor moves for entry of a discharge under § 1328(a) of the Bankruptcy Code.

1.  By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A.  I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 423 is attached.

    B.  If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years, then I have not claimed an exemption for my residence in an amount in excess of $160,375.

    C.  All amounts payable by me on a domestic support obligation that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid;

    D.      I have not received a discharge in a case filed under chapter 7, 11 or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case;

    E.      I have not received a discharge in a case filed under chapter 13 of the Bankruptcy

Code during the two-year period before the date that my petition was filed in this case;

    F.      No criminal proceeding is pending against me alleging that I am guilty of a felony; and

    G.      No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, any State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

2.      I have made all payments required by my confirmed chapter 13 plan.

/s/ Donald Arnette Smith, Jr.                              4/22/2021
                                                                                      Date

/s/ Tiffonda Yvonne Smith

Debtors' Signature

                                                                   Respectfully submitted:

                                                                   /s/ Pete W. Weston
                                                                   Pete W. Weston
                                                                  Texas Bar No. 21232300
                                                                  Weston Legal, PLLC
                                                                  177 W. Gray Street
                                                                  Houston, Texas 77019
                                                                  713-623-4242; 713-623-2042 (facsimile)

### Certificate of Service

On 4/22/2021, a copy of this pleading was served on each of the persons listed on the attached service list by (i) prepaid United States Mail; or (ii) electronic service via the Court's ECF system.

                                                                 /s/ Pete W. Weston

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 16-31486<br>Southern District of Texas<br>Houston<br>Thu Apr 22 08:56:31 CDT 2021 | CONN APPLIANCES, INC AS ATTORNEY-IN-FACT AND<br>PO BOX 2358<br>BEAUMONT, TX 77704-2358 | Capital One Auto Finance<br>P.O. BOX 201347<br>ARLINGTON, TX 76006-1347 |
| Capital One Auto Finance c/o AIS Portfolio S<br>P.O. BOX 4360<br>Houston, TX 77210-4360 | Capital One Auto Finance c/o AIS Portfolio S<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Conn Appliances, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Dept Conns<br>Malvern, PA 19355-0702 |
| ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| Admin Recovery, LLC<br>45 Earheart Dr.<br>Williamsville, NY 14221-7809 | Allied Interstate<br>PO Box 1962<br>Southgate, MI 48195-0962 | American Medical Collection Agency<br>PO Box 1235<br>Elmsford, NY 10523-0935 |
| Ashley Funding Services LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Atlantic Crd<br>P O Box 13386<br>Roanoke, VA 24033-3386 | CENTRAL FINANCIAL CONTROL<br>PO BOX 830913<br>BIRMINGHAM, AL 35283-0913 |
| CHAMBERLAIN COLLEGE OF NURSING<br>814 COMMERCE DR<br>OAKBROOK, IL 60523-1965 | Calvary Portfolio Services<br>500  Summit Lake Dr<br>Ste 400<br>Valhalla, NY 10595-2322 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Auto Finance<br>7933 Preston Rd<br>Plano, TX 75024-2302 | Capital One Auto Finance c/o AIS<br>Portfolio Services, LP<br>P.O. Box 4360<br>Houston, Tx 77210-4360 | Capital One Auto Finance c/o AIS<br>Portfolio Services, LP f/k/a AIS Data<br>Services d/b/a Ascension Capital Group<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Caremed Pharmaceutical<br>PO Box 202487<br>Dallas Tx 75320-2487 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Central Financial Control<br>PO Box 66044<br>Anaheim, CA 92816-6044 | Clinical Pathology Labratories<br>PO Box 141669<br>Austin, Tx 78714-1669 |
| Conn's Credit Corp<br>PO Box 2358<br>Beaumont, Tx 77704-2358 | Conns Appliances Inc. as Attorney-in-Fact an<br>P.O. Box 2358<br>Beaumont, TX 77704-2358 | Conns Credit Corp<br>3295 College St<br>Beaumont, TX 77701-4611 |

| | | |
|---|---|---|
| Convergent Outsoucing, Inc<br>PO Box 9004<br>Renton, WA 98057-9004 | Credit One Bank Na<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | (p)DEVRY UNIVERSITY<br>1200 EAST DIEHL ROAD<br>NAPERVILLE IL 60563-9347 |
| Dept Of Ed/Nelnet<br>Attn: Claims<br>PO Box 82505<br>Lincoln, NE 68501-2505 | EASTERN ACCOUNT SYSTEM OF CONNECTICUT, I<br>PO BOX 837<br>NEWTON , CT 06470-0837 | EMCARE-IAH EMERGENCY<br>PO BOX 13889<br>PHILADELPHIA , PA 19101-3889 |
| ERC/Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | EXPRESS SCRIPTS<br>5701 E. HILLSBOROUGH AV<br>TAMPA , FL 33610-5423 | FIRST NATIONAL COLLECTION BUREAU, IN<br>PO BOX 51660<br>SPARKS, NV 89435-1660 |
| Fed Loan Servicing<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | GETTINGTON<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303-0820 |
| GREATER HOUSTON ANESTHESIOLOGY<br>PO BOX 301838<br>DALLAS, TX 75303-1838 | INTERNAL REVENUE SERVICE<br>P O Box 7346<br>Philadelphia PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| KOHLS<br>PO BOX 3084<br>MILWAUKEE, WI 53201-3084 | Kohls/Capital One<br>PO Box 3120<br>Milwaukee, WI 53201-3120 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>4828 LOOP CENTRAL DRIVE<br>SUITE 500<br>HOUSTON, TX 77081-1246 |
| MOHELA on behalf of MDHE<br>GLHEC/MDHE<br>2401 INTERNATIONAL LANE<br>MADISON WI 53704-3121 | Memorial Herrmann<br>Patient Business Services<br>PO Box 203197<br>Houston, Texas 77216-0001 | Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank/Geico Card<br>PO Box 23356<br>Pittsburg, PA 15222-6356 | Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 |
| Mohela<br>14528 South Outer Forty Road<br>Chesterfield, MO 63017-5785 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9094 | Pacific Union Financial<br>1603 LBJ Fwy Ste 500<br>Farmers Branch, TX 75234-6071 |
| Pacific Union Financial, LLC<br>1603 LBJ Freeway, Suite 500<br>Farmers Branch, TX 75234-6071 | Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | RENOVATE<br>PO BOX 33802<br>DETROIT , MI 48232-5802 |

| | | |
|---|---|---|
| ROAD TO RECOVERY<br>PO BOX 401<br>GAMBIER, OH 43022-0401 | Reliant Energy<br>PO Box 3765<br>Houston Tx 77253-3765 | Syncb/Rooms To Go<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | Tdrcs/re-novate - Ashl<br>1000 Macarthur Blvd<br>Mahwah, NJ 07430-2035 |
| Texas Childrens Hospital<br>4346 Dept 808<br>Houston, Tx 77210 | The Methodist Hospital<br>PO Box 4315<br>Houston, Tx 77210-4315 | Tidewater Credit Servi<br>6520 Indian River Rd<br>Virginia Beach, VA 23464-3439 |
| U.S. Department of Education<br>C/O Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | U.S. Department of Education<br>c/o Fedloan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| WALDEN UNIVERISTY<br>100 SOUTH WASHINGTON AVE<br>MINNEAPOLIS, MN 55401-2511 | WEST ASSET MANAGEMENT<br>PO BOX 790113<br>ST LOUIS, MO 63179-0113 | WORLD MARK BY WYNDHAM<br>PO BOX 742695<br>LOS ANGELES, CA 90074-2695 |
| Webbank/gettington<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Weston Legal, PLLC<br>5001 Bissonnet<br>Suite 200<br>Bellaire, Texas 77401-4023 | Weston Legal, PLLC- 1st Day Order<br>5001 Bissonnet<br>Suite 200<br>Bellaire, Texas 77401-4023 |
| David G Peake<br>Chapter 13 Trustee<br>9660 Hillcroft<br>Suite 430<br>Houston, TX 77096-3860 | Donald Arnette Smith Jr<br>16503 Cypress Thicket Dr.<br>Cypress, TX 77429-6753 | Pete W Weston<br>Weston Legal, PLLC<br>177 W Gray St<br>Houston, TX 77019-5508 |
| Tiffonda Yvonne Smith<br>16503 Cypress Thicket Dr.<br>Cypress, TX 77429-6753 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Drive<br>Richmond VA 23238 | DEVRY EDUCATION GROUP<br>814 COMMERCE DR. SUITE 200<br>OAK BROOK, IL 60523 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |

```
TIDEWATER FINANCE COMPANY              (d)Tidewater Finance Company
6520 INDIAN RIVER RD                   P.O. Box 13306
VIRGINIA BEACH , VA 23464              Chesapeake, VA  23325
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Capital One Auto Finance, a division of Ca    (u)Nationstar Mortgage, LLC d/b/a Mr. Cooper    (u)Pacific Union Financial, LLC


(d)ECMC                                (d)Recovery Management Systems Corporation    End of Label Matrix
po box 16408                           25 S.E. 2nd Avenue, Suite 1120                Mailable recipients   81
St. Paul, MN 55116-0408                Miami, FL 33131-1605                          Bypassed recipients    5
                                                                                     Total                 86
```